**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AF HOLDINGS LLC,                                    No. 2:12-cv-13434-JAC-MJH

        Plaintiff,                              Hon. Judge Julian Abele Cook

        v.

BRYAN JOHNSON II,

        Defendant,

_____

*Attorney for Plaintiff*                                    *Attorney for Defendant*

JONATHAN W. TAPPAN (P72195)          JOHN T. HERMANN (P52858)
Jonathan W. Tappan, PLLC                  2684 West Eleven Mile Road
2549 Somerset Blvd. #102                   Berkley, MI 48072
Troy, MI 48084                                    (248) 591-9291
Phone: (415) 325-5900
Email: blgibbs@wefightpiracy.com

_____

**ORDER DENYING DEFENDANT BRYAN JOHNSON II'S MOTION TO**
**DISMISS PLAINTIFF'S NEGLIGENCE CLAIM**

       The Court has reviewed Defendant Bryan Johnson II's Motion to Dismiss Plaintiff's

Negligence Claim (ECF No. 4), Plaintiff's Response to Defendant's Motion, and the relevant

case law. Accordingly,

       IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiff's Negligence

Claim (ECF No. 4), is, in all respects, hereby **DENIED**.

       IT IS SO ORDERED.


DATE: _____          _____

                                United States District Judge