UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,

                              Case No.: 2:12-cv-13434-JAC-MJH
                              Hon.: Julian Abele Cook

v.

BRYAN JOHNSON II,

       Defendant.

_____/

| Jonathan W. Tappan (P72195) | John T. Hermann (P52858) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 2549 Somerset Blvd., #102 | 2684 West Eleven Mile Rd. |
| Troy, Michigan 48084 | Berkley, Michigan 48072 |
| (415) 325-5900 | (248) 591-9291 |
| Email: blgibbs@wefightpiracy.com | |

_____/

## STIPULATED ORDER DISMISSING COMPLAINT

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Bryan Johnson II and through his counsel, John Herrman, and the parties having agreed that, pursuant to a settlement as to the dispute underlying the instant action reached by and between the parties, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Bryan Johnson II, in the above-captioned case, shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

_____
Honorable United States District Judge

Approved as to form and substance:

| | |
|---|---|
| [signature] | /s/ Jonathan Tappan |
| John Hermann (P52858) | Jonathan W. Tappan (P72195) |
| Attorney for Defendant | Attorney for Plaintiff |
| Bryan Johnson II | AF Holdings, LLC |